**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6572**

---

QUAMAINE LEE MASSEY, a/k/a Walk up, a/k/a Dig Walk up,

      Plaintiff - Appellant,

    v.

FRANK D. WHITNEY, U.S. District Judge,

      Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Senior District Judge.  (1:25-cv-00144-GCM)

---

Submitted:  September 18, 2025          Decided:  September 23, 2025

---

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Quamaine Lee Massey, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quamaine Lee Massey appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error in the district court's determination that the only named defendant, whom the court previously had dismissed from the action with prejudice, was entitled to absolute judicial immunity. Accordingly, we affirm the district court's order. *Massey v. Whitney*, No. 1:25-cv-00144-GCM (W.D.N.C. June 30, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*